UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL S. ABRAHAMSON,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No.   2:14-cv-00308-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: February 8, 2016

                                SEAN F. McAVOY
                                Clerk of Court

                                By: *s/Shelly Koegler*
                                      Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**